UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CRAIG VEUCASOVIC,

      Plaintiff,

                                      File No. 2:16-cv-38

v.

                                      HON. ROBERT HOLMES BELL

UNKNOWN LACROSSE et al.,

      Defendants.

_____/

## ORDER

On September 21, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment be granted and that the complaint be dismissed for failure to exhaust administrative remedies before filing suit. (ECF No. 27.) The R&R also found that there is no good faith basis for an appeal.

Plaintiff has not filed objections to the R&R and the time for doing so has expired. Plaintiff filed a response to Defendant Paquette's motion to modify the case management order, but that response does not identify any errors in the R&R or address the basis for dismissal of his case. (*See* ECF No. 29.) Plaintiff also filed miscellaneous exhibits, but those exhibits are also not responsive to the R&R. (*See* ECF No. 31.)

The Court has reviewed the R&R and concludes it makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the September 21, 2016, R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 27) is **GRANTED**.

The Court hereby certifies that there is no good faith basis for an appeal.

A judgment will enter that is consistent with this order.


Dated: October 27, 2016                         /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                UNITED STATES DISTRICT JUDGE